Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  08–30609–GMB
Chapter:  11
Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara St. James and Bruce Kavanagh, a
   Partnership
   PO Box 1512
   Wildwood, NJ 08260

Social Security No.:

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered
on January 6, 2009
Any discharge which was granted in this case is revoked. All outstanding fees to the Court are due and
owing and must be paid within five days from the date of this Order.

Dated: January 7, 2009
JJW: def

                                        James J. Waldron
                                        Clerk

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: Jan 07, 2009
Case: 08-30609               Form ID: 148            Total Served: 12

The following entities were served by first class mail on Jan 09, 2009.
```
db              +Barbara St. James and Bruce Kavanagh, a Partnershi,   PO Box 1512,    Wildwood, NJ 08260-8082
aty             +Alexander G. Tuttle,   Tuttle & Kristofco, LLC,    2880 Bergey Road,    Suite H,
                 Hatfield, PA 19440-1764
smg              U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +United States Trustee,   Office of the United States Trustee,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +U.S. Bank, NA,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
509134476       +Aurora Loan Services, Inc.,   10350 Park Meadows Dr. St.,   Littleton, CO 80124-6800
509237752       +Chase Home Finance, LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
509134477       +Chase Manhattan Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
509134478       +Chase Manhattan Mortgage,   10790 Rancho Bernardo Rd.,   San Diego, CA 92127-5705
509134479       +Citimortgage Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
509134480       +Suffolk County Clerk,   310 Center Drive,   Riverhead, NY 11901-3392
```

The following entities were served by electronic transmission on Jan 08, 2009.
```
smg              EDI: IRS.COM Jan 07 2009 21:33:00    Dist Dir of IRS,   Insolvency Function,   PO Box 724,
                 Springfield, NJ 07081-0724
                                                                                          TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
509247569        Aurora Loan Services, LLC c/o Zucker Goldberg & Ac
509186683        Chase Home Finance, LLC
509173175        Chase Home Finance, LLC
                                                                              TOTALS: 3, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2009**                    **Signature:**    *Joseph Speetjens*